# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

## NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters pursuant to 28 U.S.C. § 1407.

DATE OF HEARING SESSION:      **July 31, 2014**

LOCATION OF HEARING SESSION:      Robert J. Dole United States Courthouse
Courtroom No. 655, 6th Floor
500 State Avenue
Kansas City, Kansas  66101-2400

**TIME OF HEARING SESSION:**  In those matters designated for oral argument, counsel presenting oral argument must be present at **7:45 a.m.** in order for the Panel to allocate the amount of time for oral argument.  Oral argument will commence at **9:00 a.m.**

SCHEDULED MATTERS:  Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

> • Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2.  Any party waiving oral argument pursuant to Rule 11.1(d) does not need to appear at the Hearing Session.
> • Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c).  Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:  The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument.  The Panel, therefore, expects attorneys to adhere to those positions (including those concerning an appropriate transferee district).  Any change in position should be conveyed to Panel staff before the beginning of oral argument.  Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- 2 -

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **July 14, 2014.**  The procedures governing Panel oral argument (Panel Rule 11.1) are attached.  The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc:  Clerk, United States District for the District of Kansas

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

### HEARING SESSION ORDER

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on July 31, 2014, the Panel will convene a hearing session in Kansas City, Kansas, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c).  The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

| | |
|---|---|
| Marjorie O. Rendell | Charles R. Breyer |
| Lewis A. Kaplan | Sarah S. Vance |
| Ellen Segal Huvelle | R. David Proctor |

SCHEDULE OF MATTERS FOR HEARING SESSION
July 31, 2014 -- Kansas City, Kansas


SECTION A
MATTERS DESIGNATED FOR ORAL ARGUMENT

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed
motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which
the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)


MDL No. 2548 -- **IN RE: COMMODITY EXCHANGE, INC., GOLD FUTURES AND
OPTIONS TRADING LITIGATION**

Motion of plaintiffs Kevin Maher and Eric Nalven to transfer the following actions to the
United States District Court for the Southern District of New York:

Northern District of California

WILLIAM S. YOUNG v. BANK OF NOVA SCOTIA, ET AL., C.A. No. 4:14-01669

Southern District of New York

MAHER v. BANK OF NOVA SCOTIA, ET AL., C.A. No. 1:14-01459
WHITE v. THE BANK OF NOVA SCOTIA, ET AL., C.A. No. 1:14-01634
DENIGRIS v. BANK OF NOVA SCOTIA, ET AL., C.A. No. 1:14-01638
AIS CAPITAL MANAGEMENT, L.P. v. BANK OF NOVA SCOTIA, ET AL.,
    C.A. No. 1:14-01642
NALVEN v. THE LONDON GOLD MARKET FIXING LTD., ET AL., C.A. No.
    1:14-01644
WHITE OAK FUND LP v. BARCLAYS BANK PLC, ET AL., C.A. No. 1:14-01701
NICHOLSON v. THE BANK OF NOVA SCOTIA, ET AL., C.A. No. 1:14-01707
BARKER v. BANK OF NOVA SCOTIA, ET AL., C.A. No. 1:14-01964
AMERICAN PRECIOUS METALS, LTD., ET AL. v. BANK OF NOVA SCOTIA,
    ET AL., C.A. No. 1:14-02102
TEEL v. BANK OF NOVA SCOTIA, ET AL., C.A. No. 1:14-02108
DEPAOLI v. THE LONDON GOLD MARKET FIXING LTD., ET AL., C.A. No.
    1:14-02124
LAMBORN v. BANK OF NOVA SCOTIA, ET AL., C.A. No. 1:14-02134
TRAN v. BANK OF NOVA SCOTIA, ET AL., C.A. No. 1:14-02135
MORAN, ET AL. v. THE BANK OF NOVA SCOTIA, ET AL., C.A. No. 1:14-02213
CITRA TRADING CORPORATION v. BANK OF NOVA SCOTIA, ET AL.,
    C.A. No. 1:14-02214
PORT 22, LLC v. BARCLAYS BANK PLC, ET AL., C.A. No. 1:14-02310
ALASKA ELECTRICAL PENSION FUND v. THE BANK OF NOVA SCOTIA, ET
    AL., C.A. No. 1:14-02391

MDL No. 2549 – **IN RE: UNITED HEALTHCARE SERVICES, INC., TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Motion of plaintiff Andy Humphrey to transfer the following actions to the United States District Court for the Northern District of Illinois:

Eastern District of California

MATLOCK v. UNITED HEALTHCARE SERVICES, INC., C.A. No. 2:13–02206

Northern District of Illinois

HUMPHREY v. UNITED HEALTHCARE SERVICES, INC., C.A. No. 1:14–01157

MDL No. 2550 – **IN RE: ERIC FLORES LITIGATION (NO. III)**

Motion of plaintiff Eric Flores to transfer the following actions to the United States District Court for the District of District of Columbia:

Eastern District of Texas

FLORES v. UNITED STATES ATTORNEY GENERAL, ET AL., C.A. No. 1:14–00198

District of Utah

FLORES v. UNITED STATES ATTORNEY GENERAL, ET AL., C.A. No. 2:13–00390
FLORES v. UNITED STATES ATTORNEY GENERAL, ET AL., C.A. No. 2:13–00391
FLORES v. HOLDER, ET AL., C.A. No. 2:14–00245

MDL No. 2551 – **IN RE: NATIONAL HOCKEY LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

Motion of defendant National Hockey League to transfer the following actions to the United States District Court for the District of District of Columbia:

District of Columbia

LEEMAN, ET AL. v. NATIONAL HOCKEY LEAGUE, ET AL., C.A. No. 1:13–01856

District of Minnesota

CHRISTIAN, ET AL. v. NATIONAL HOCKEY LEAGUE, C.A. No. 0:14–01140

Southern District of New York

LACOUTURE, ET AL. v. NATIONAL HOCKEY LEAGUE, C.A. No. 1:14–02531

**MDL No. 2552 – IN RE: QUALITEST BIRTH CONTROL PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Angela Shepherd and Lauren Betancourt to transfer the following actions to the United States District Court for the Northern District of Georgia:

Northern District of California

MANION, ET AL. v. VINTAGE PHARMACEUTICALS LLC, ET AL., C.A. No. 3:13–02996

Northern District of Georgia

BETANCOURT, ET AL. v. ENDO PHARMACEUTICALS, INC., ET AL., C.A. No. 1:11–03805

Western District of Missouri

RUSSELL v. VINTAGE PHARMACEUTICALS, LLC, ET AL., C.A. No. 4:13–00425

**MDL No. 2553 – IN RE: PERRIGO–MANUFACTURED GLUCOSAMINE PRODUCTS MARKETING AND SALES PRACTICES LITIGATION (NO. II)**

Motion of defendants Walgreen Co.; Wal–Mart Stores, Inc.; and Supervalu, Inc., to transfer the following actions to the United States District Court for the Southern District of New York:

Southern District of California

ECKLER v. WAL–MART STORES, INC., C.A. No. 3:12–00727
NUNEZ v. SUPERVALU, INC., ET AL., C.A. No. 3:13–00626

District of Delaware

NELSON v. WALGREEN CO., C.A. No. 1:13–01871

Northern District of Florida

MATHEWS v. WALGREEN CO., C.A. No. 4:13–00677

- 3 -

Southern District of Florida

GROUP v. WALGREEN CO., C.A. No. 9:13‒81105

Northern District of Illinois

GUILIN v. WALGREENS COMPANY, C.A. No. 1:11‒07763

District of New Jersey

GROSS v. WALGREEN CO., C.A. No. 1:13‒06630

Southern District of New York

QUINN, ET AL. v. WALGREEN CO., C.A. No. 7:12‒08187

Western District of Pennsylvania

CALVERT v. WALGREEN CO., C.A. No. 2:13‒01161

MDL No. 2554 ‒ **IN RE: SIGNAL INTERNATIONAL LLC HUMAN TRAFFICKING LITIGATION**

Motion of defendants Signal International, LLC; Signal International, Inc.; Signal International Texas, G.P.; and Signal International Texas, L.P., to transfer the following actions to the United States District Court for the Eastern District of Louisiana:

Eastern District of Louisiana

DAVID, ET AL. v. SIGNAL INTERNATIONAL, LLC, ET AL., C.A. No. 2:08‒01220
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION v. SIGNAL
    INTERNATIONAL, LLC, C.A. No. 2:12‒00557
ACHARI, ET AL. v. SIGNAL INTERNATIONAL, LLC, ET AL., C.A. No. 2:13‒06218
CHAKKIYATTIL, ET AL. v. SIGNAL INTERNATIONAL, LLC, ET AL., C.A. No.
    2:13‒06219
KRISHNAKUTTY, ET AL. v. SIGNAL INTERNATIONAL, LLC, ET AL., C.A.
    No. 2:13‒06220
DEVASSY, ET AL. v. SIGNAL INTERNATIONAL, LLC, ET AL., C.A. No.
    2:13‒06221
SINGH, ET AL. v. SIGNAL INTERNATIONAL, LLC, ET AL., C.A. No. 2:14‒00732

Eastern District of Texas

SAMUEL, ET AL. v. SIGNAL INTERNATIONAL, LLC, ET AL., C.A. No. 1:13‒00323
JOSEPH, ET AL. v. SIGNAL INTERNATIONAL, LLC, ET AL., C.A. No. 1:13‒00324
MEGANATHAN, ET AL. v. SIGNAL INTERNATIONAL, LLC, ET AL., C.A.
     No. 1:13‒00497
KAMBALA, ET AL. v. SIGNAL INTERNATIONAL, LLC, ET AL., C.A. No.
     1:13‒00498
MARIMUTHU, ET AL. v. SIGNAL INTERNATIONAL, LLC, ET AL., C.A.
     No. 1:13‒00499

MDL No. 2555 ‒ **IN RE: COCA‒COLA PRODUCTS MARKETING AND SALES
          PRACTICES LITIGATION (NO. II)**

Motion of defendants The Coca‒Cola Company; Coca‒Cola Refreshments USA, Inc.; BCI Coca‒Cola Bottling Company of Los Angeles; and Coca‒Cola Bottling Co. of Sonora, California, Inc., to transfer the following actions to the United States District Court for the Northern District of California:

Northern District of California

ENGURASOFF, ET AL. v. THE COCA‒COLA COMPANY, ET AL., C.A. No.
     4:13‒03990
NOBLES, ET AL. v. COCO‒COLA REFRESHMENTS USA, INC., ET AL.,
     C.A. No. 4:13‒05017
MERRITT v. BCI COCA‒COLA BOTTLING COMPANY OF LOS ANGELES,
     ET AL., C.A. No. 4:14‒01067
AUMILLER v. COCA‒COLA COMPANY, ET AL., C.A. No. 4:14‒01447

Northern District of Illinois

SOWIZROL v. COCA COLA COMPANY, ET AL., C.A. No. 1:14‒01914

Eastern District of New York

LAZAROFF, ET AL. v. THE COCA‒COLA COMPANY, ET AL., C.A. No. 1:14‒01763

MDL No. 2556 – **IN RE: NOVAREL SLIM FABRIC MARKETING AND SALES PRACTICES LITIGATION**

Motion of defendants Wacoal America, Inc.; Maidenform Brands, Inc.; and Maidenform Brands, LLC, to transfer the following actions to the United States District Court for the District of New Jersey:

Northern District of Florida

MCLEOD v. MAIDENFORM BRANDS, INC., ET AL., C.A. No. 4:13‒00661

District of Massachusetts

BELLOT, ET AL. v. MAIDENFORM BRANDS, LLC, ET AL., C.A. No. 1:14‒11834

District of New Jersey

CARAMORE, ET AL. v. MAIDENFORM BRANDS, INC., ET AL., C.A. No. 2:14‒01968

MDL No. 2557 – **IN RE: AUTO BODY SHOP ANTITRUST LITIGATION**

Motion of plaintiffs to transfer the following actions to the United States District Court for the Southern District of Mississippi:

Middle District of Florida

A & E AUTO BODY, INC., ET AL. v. 21ST CENTURY CENTENNIAL INSURANCE COMPANY, ET AL., C.A. No. 6:14‒00310

Southern District of Indiana

INDIANA AUTOBODY ASSOCIATION, INC., ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL., C.A. No. 1:14‒00507

Southern District of Mississippi

CAPITOL BODY SHOP, INC., ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL., C.A. No. 3:14‒00012

Western District of Tennessee

BREWER BODY SHOP, LLC, ET AL. v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL., C.A. No. 2:14‒02286

District of Utah

ALPINE STRAIGHTENING SYSTEMS, ET AL. v. STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, ET AL., C.A. No. 2:14‒00261

MDL No. 2558 ‒ **IN RE: CONSTELLATION TECHNOLOGIES LLC PATENT
LITIGATION**

Motion of defendants Time Warner Cable Inc. and Time Warner Cable Enterprises LLC
to transfer the following actions to the United States District Court for the District of Delaware:

District of Delaware

BOCKSTAR TECHNOLOGIES LLC v. CISCO SYSTEMS INC., C.A. No. 1:13‒02020
CHARTER COMMUNICATIONS, INC., ET AL. v. ROCKSTAR CONSORTIUM US
LP, ET AL., C.A. No. 1:14‒00055
ARRIS GROUP, INC., ET AL. v. CONSTELLATION TECHNOLOGIES LLC, ET AL.,
C.A. No. 1:14‒00114

Eastern District of Texas

CONSTELLATION TECHNOLOGIES LLC v. TIME WARNER CABLE INC., ET AL.,
C.A. No. 2:13‒01079
CONSTELLATION TECHNOLOGIES LLC v. WINDSTREAM HOLDINGS, INC.,
ET AL., C.A. No. 2:13‒01080

MDL No. 2559 ‒ **IN RE: MIRENA IUS LEVONORGESTREL‒RELATED PRODUCTS
LIABILITY LITIGATION**

Motion of plaintiffs to transfer the following actions to the United States District Court for
the Middle District of Tennessee:

Northern District of Alabama

HOUSTON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., C.A. No.
2:14‒00035
BRIDGES, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC.,
C.A. No. 2:14‒00036

Northern District of Georgia

THURMOND v. BAYER HEALTHCARE PHARMACEUTICALS, INC., C.A. No.
1:14‒00822

- 7 -

Western District of Kentucky

SMITH v. BAYER HEALTHCARE PHARMACEUTICALS, INC., C.A. No. 3:14‒00006
HARDWICK v. BAYER HEALTHCARE PHARMACEUTICALS, INC., C.A. No.
    3:14‒00082
BABICH‒ZACHARIAS v. BAYER HEALTHCARE PHARMACEUTICALS, INC.,
    C.A. No. 5:14‒00101

Eastern District of Tennessee

CREASY v. BAYER HEALTHCARE PHARMACEUTICALS, INC. (TV1), C.A.
    No. 3:14‒00064

Middle District of Tennessee

COPLEY v. BAYER HEALTHCARE PHARMACEUTICALS, INC., C.A. No.
    3:14‒00406

Western District of Virginia

KELLINGTON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., C.A. No.
    5:14‒00002

MDL No. 2560 ‒ **IN RE: CLEANNET FRANCHISE AGREEMENT CONTRACT
    LITIGATION**

Motion of defendants CleanNet USA, Inc.; CleanNet of Southern California, Inc.;
CleanNet of Illinois, Inc.; CleanNet Systems of Pennsylvania, Inc.; and Mark Salek to transfer the
following actions to the United States District Court for the Northern of Illinois:

Northern District of California

ESTRADA, ET AL. v. CLEANNET USA, INC., ET AL., C.A. No. 3:14‒01785

Northern District of Illinois

SANCHEZ v. CLEANNET USA, INC., ET AL., C.A. No. 1:14‒02143

Eastern District of Pennsylvania

TORRES v. CLEANNET USA, INC., ET AL., C.A. No. 2:14‒02818

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 1742 – **IN RE: ORTHO EVRA PRODUCTS LIABILITY LITIGATION**

Opposition of defendants Ortho–McNeil Pharmaceutical, Inc.; Johnson & Johnson; Johnson & Johnson Research & Development, LLC; Alza Corporation; and McKesson Corporation to remand, under 28 U.S.C. § 1407(a), of the following actions to their respective transferor courts:

Central District of California

TASH CASSO v. ORTHO–MCNEIL PHARMACEUTICAL, INC., ET AL., C.A. No. 2:11–00622

Southern District of Mississippi

B.A., ETC. v. ORTHO–MCNEIL PHARMACEUTICAL, INC., ET AL., C.A. No. 1:09–00188

MDL No. 1871 – **IN RE: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Arthur Austin, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Western District of Oklahoma

AUSTIN, ET AL. v. SMITHKLINE BEECHAM CORPORATION, ET AL., C.A. No. 5:14–00391

MDL No. 2165 – **IN RE: ENDANGERED SPECIES ACT SECTION 4 DEADLINE LITIGATION**

Opposition of plaintiffs The State of Oklahoma, et al., to transfer of the following action to the United States District Court for the District of District of Columbia:

Northern District of Oklahoma

THE STATE OF OKLAHOMA, ET AL. v. DEPARTMENT OF THE INTERIOR, ET AL., C.A. No. 4:14–00123

MDL No. 2187 – **IN RE: C.R. BARD, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Nadean Dent to transfer of the following action to the United States District Court for the Southern District of West Virginia:

Eastern District of California

DENT v. LOPEZ, M.D., ET AL., C.A. No. 1:14–00442

MDL No. 2197 – **IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Theresa Martinez to transfer of the following action to the United States District Court for the Northern District of Ohio:

District of New Mexico

MARTINEZ v. JOHNSON & JOHNSON, ET AL., C.A. No. 1:14–00316

MDL No. 2244 – **IN RE: DEPUY ORTHOPAEDICS, INC., PINNACLE HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Richard Mondello and Kimberly J. Glosson, et al., to transfer of their respective following actions to the United States District Court for the Northern District of Texas:

Northern District of California

MONDELLO v. DEPUY ORTHOPAEDICS, INC., ET AL., C.A. No. 3:14–02086

Northern District of Illinois

GLOSSON, ET AL. v. JOHNSON & JOHNSON, INC., ET AL., C.A. No. 1:14–02677

MDL No. 2262 – **IN RE: LIBOR–BASED FINANCIAL INSTRUMENTS ANTITRUST LITIGATION**

Opposition of plaintiff Richard C. Hvizdak to transfer of the following action to the United States District Court for the Southern District of New York:

Western District of Pennsylvania

HVIZDAK v. CITIZENS BANK OF PENNSYLVANIA, ET AL., C.A. No. 2:14–00406

- 10 -

MDL No. 2265 – **IN RE: COUNTRYWIDE FINANCIAL CORP. MORTGAGE–BACKED SECURITIES LITIGATION**

Oppositions of plaintiffs Federal Deposit Insurance Corporation and Texas County and District Retirement System and defendants J.P. Morgan Securities LLC; WaMu Capital Corp.; and Credit Suisse Securities (USA) LLC, to transfer of their respective following actions to the United States District Court for the Central District of California:

Western District of Texas

FEDERAL DEPOSIT INSURANCE CORPORATION v. MERRILL LYNCH PIERCE FENNER & SMITH, INC., ET AL., C.A. No. 1:14–00126
TEXAS COUNTY AND DISTRICT RETIREMENT SYSTEM v. J.P. MORGAN SECURITIES LLC, ET AL., C.A. No. 1:14–00380

MDL No. 2284 – **IN RE: IMPRELIS HERBICIDE MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Williams A. Depietri, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

District of New Hampshire

DEPIETRI, ET AL. v. E.I. DUPONT DE NEMOURS AND COMPANY, C.A. No. 1:14–00191

MDL No. 2323 – **IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION**

Opposition of plaintiffs William Patrick Kenney, et al., to transfer of the following action to the United States District Court for the Eastern District of Pennsylvania:

Western District of Missouri

KENNEY, ET AL. v. KANSAS CITY CHIEFS FOOTBALL CLUB, INC., C.A. No. 4:14–00255

MDL No. 2325 – **IN RE: AMERICAN MEDICAL SYSTEMS, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Theresa Martinez, et al., to transfer of the following action to the United States District Court for the Southern District of West Virginia:

District of New Mexico

MARTINEZ, ET AL. v. AMERICAN MEDICAL SYSTEMS, INC., ET AL., C.A. No. 1:14–00251

MDL No. 2327 – **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Isabel Vasquez, et al.; Violet Rappuchi, et al.; Dawn Flores, et al.; Maria Baron, et al.; Lourdes Heredia, et al.; and Caroline Stevens, et al., to transfer of their respective following actions to the United States District Court for the Southern District of West Virginia:

Central District of California

VASQUEZ, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14–02915
RAPPUCHI, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 2:14–02916
FLORES, ET AL. v. ETHICON, INC., ET AL., C.A. No. 2:14–03367
BARON, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 8:14–00591
HEREDIA, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 8:14–00596

Eastern District of Missouri

STEVENS, ET AL. v. JOHNSON & JOHNSON, INC., ET AL., C.A. No. 4:14–00579

MDL No. 2387 – **IN RE: COLOPLAST CORP. PELVIC SUPPORT SYSTEMS PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Patricia Hart to transfer of the following action to the United States District Court for the Southern District of West Virginia:

Western District of Pennsylvania

HART v. COLOPLAST CORP., ET AL., C.A. No. 2:14–00473

MDL No. 2391 – **IN RE: BIOMET M2A MAGNUM HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Joseph Zaremba to transfer of the following action to the United States District Court for the Northern District of Indiana:

      <u>Middle District of Florida</u>

ZAREMBA v. ORTHOPEDICS, INC., ET AL., C.A. No. 8:14–01016

MDL No. 2416 – **IN RE: CAPITAL ONE TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Opposition of plaintiff Larry Kopchak to transfer of the following action to the United States District Court for the Northern District of Illinois:

      <u>District of South Carolina</u>

KOPCHAK v. CAPITAL ONE BANK USA NA, ET AL., C.A. No. 3:13–03018

MDL No. 2418 – **IN RE: PLAVIX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II)**

Opposition of plaintiff State of Hawaii to transfer of the following action to the United States District Court for the District of New Jersey:

      <u>District of Hawaii</u>

STATE OF HAWAII v. BRISTOL–MYERS SQUIBB COMPANY, C.A. No. 1:14–00180

MDL No. 2419 – **IN RE: NEW ENGLAND COMPOUNDING PHARMACY, INC., PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Nora Bell, et al.; William L. Neal; Gladys G. Austin, et al.; Lisa A. Agnew, et al.; Debra P. Buchanan; Tamela M. Miller; Tosha Andrews; and Sharon W. Bishop; and defendants Image Guided Pain Management, P.C.; Robert F. O'Brien, M.D.; and John M. Mathis, M.D., to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

      <u>Western District of Virginia</u>

BELL, ET AL. v. INSIGHT HEALTH CORP., ET AL., C.A. No. 7:14–00164
NEAL v. INSIGHT HEALTH CORP., ET AL., C.A. No. 7:14–00165
AUSTIN, ET AL. v. INSIGHT HEALTH CORP., ET AL., C.A. No. 7:14–00166

AGNEW, ET AL. v. INSIGHT HEALTH CORP., ET AL., C.A. No. 7:14−00250
BUCHANAN v. INSIGHT HEALTH CORP., ET AL., C.A. No. 7:14−00251
MILLER v. INSIGHT HEALTH CORP., ET AL., C.A. No. 7:14−00252
ANDREWS v. INSIGHT HEALTH CORP., ET AL., C.A. No. 7:14−00253
BISHOP v. INSIGHT HEALTH CORP., ET AL., C.A. No. 7:14−00254

MDL No. 2428 − **IN RE: FRESENIUS GRANUFLO/NATURALYTE DIALYSATE PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Anait Ajaryan, et al., and Henrietta Payton, et al., and defendant DaVita Southwest Arkansas Dialysis to transfer of their respective following actions to the United States District Court for the District of Massachusetts:

Central District of California

BROWN−BROUGHTON v. FRESENIUS MEDICAL CARE HOLDINGS, INC., ET AL., C.A. No. 2:14−02407
AJARYAN, ET AL. v. FRESENIUS USA, INC., ET AL., C.A. No. 2:14−02896

Eastern District of Missouri

PAYTON, ET AL. v. FRESENIUS USA, INC., ET AL., C.A. No. 4:14−00937

MDL No. 2441 − **IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Beverly J. Lambert to transfer of the following action to the United States District Court for the District of Minnesota:

Northern District of West Virginia

LAMBERT v. STRYKER CORPORATION, ET AL., C.A. No. 1:14−00057

MDL No. 2452 − **IN RE: INCRETIN−BASED THERAPIES PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Tahira Riaz Malik to transfer of the following action to the United States District Court for the Southern District of California:

Southern District of New York

MALIK, ET AL. v. BUATTI, ET AL., C.A. No. 1:14−03013

**MDL No. 2478 – IN RE: CONVERGENT TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Motion of defendant Convergent Outsourcing, Inc., to transfer the following action to the United States District Court for the District of Connecticut:

Central District of California

SALMAS v. CONVERGENT OUTSOURCING, INC., C.A. No. 8:14–00707

**MDL No. 2502 – IN RE: LIPITOR (ATORVASTATIN CALCIUM) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION (NO. II)**

Oppositions of plaintiffs Jewel Williams, et al.; Sylvia Weaver; Patricia Stark; Sevdzida Sehovic, et al.; and Cynthia Schroeder, et al., to transfer of their respective following actions to the United States District Court for the District of South Carolina:

Central District of California

JEWEL WILLIAMS, ET AL. v. PFIZER, INC., ET AL., C.A. No. 2:14–03477

Eastern District of California

WEAVER v. PFIZER, INC., ET AL., C.A. No. 2:14–00818

Northern District of California

STARK v. PFIZER, ET AL., C.A. No. 3:14–01488

Eastern District of Missouri

SEHOVIC, ET AL. v. PFIZER, INC., ET AL., C.A. No. 4:14–00759
SCHROEDER, ET AL. v. PFIZER, INC., ET AL., C.A. No. 4:14–00761

**MDL No. 2522 – IN RE: TARGET CORPORATION CUSTOMER DATA SECURITY BREACH LITIGATION**

Oppositions of defendants MasterCard Inc., and Visa Inc., to transfer of the following action to the United States District Court for the District of Minnesota:

District of Utah

CHRISTENSEN, ET AL. v. TARGET, C.A. No. 2:13–01136

RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a)      Schedule.  The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b)      Oral Argument Statement.  Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i)      The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c)      Hearing Session.  The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i)      the dispositive issue(s) have been authoritatively decided; or

(ii)     the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d)      Notification of Oral Argument.  The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i)      Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.

(ii)     The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e)      Duty to Confer.  Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f)      Time Limit for Oral Argument.  Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints.  Counsel for the moving party or parties shall generally be heard first.